UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************
MANDY ROONEY,
                    Plaintiff,

                                                    Civil Action No.
          v.                                        3:25-CV-1282-CFB

FRANK BISIGNANO,                            **CONSENT ORDER TO**
COMMISSIONER                                **REMAND PURSUANT TO**
OF SOCIAL SECURITY,                         **SENTENCE 4 OF**
                                            **42 U.S.C. § 405(g)**

                    Defendant.
*****************************

This matter having been opened to the Court by JOHN A. SARCONE III, First Assistant United States Attorney for the Northern District of New York, and Geoffrey M. Peters, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, the opportunity for a hearing will be offered, and a new decision will be issued. On remand, the administrative law judge will further consider Plaintiff's maximum residual functional capacity to sustain work on a regular and continuing basis during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations (20 C.F.R. § 416.945; Social Security Ruling 96-8p). In so doing, the ALJ will evaluate the medical source opinion(s) and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 416.927. Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this         1st         day of         July                , 2026 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in

Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_Carla B. Freedman_

Hon. Carla B. Freedman
United States District Court Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

JOHN A. SARCONE III
First Assistant United States Attorney

By:    _/s/ Geoffrey M. Peters_
Geoffrey M. Peters
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone:   212-264-1298
Email: geoffrey.peters@ssa.gov

LACHMAN, GORTON LAW FIRM

**_/s/ Peter A. Gorton_**

By:    Peter A. Gorton
Attorney for Plaintiff
Lachman, Gorton Law Firm
P.O. Box 89
1500 East Main Street
Endicott, NY 13761-0089
Phone: 607-754-0500
Fax: 607-748-6978
Email: office@lglaw.org